# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

## CIVIL MINUTES

Case No 3:20CV165-MPM-RP        Held:  OXFORD/TELEPHONIC
Style: TURNER V. CONCOURS MOLD ALABAMA, INC. et al
Date/Time Began 05/19/21 at 2:00 p.m.  Date/Time Ended:  05/19/21 at 4:30 p.m.

      Total Time:  2 hours and 30 minutes

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

| Deputy Clerk | Court Reporter |
|---|---|

Attorneys for Plaintiff(s):        Attorneys for Defendant(s):
Ron Woodruff                Mitchell Greggs
                              Pope Mallette

PROCEEDINGS: Settlement Conference
Held    X    Not Held_____    Canceled _____    Reset _____

Docket Entry:

Conference held. Case did not settle.

                                  DAVID CREWS, CLERK

                                      /s/ Rebekah Capps
                          By:_____
                                 Courtroom Clerk