**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN G. TURNER**                                                                                     **PLAINTIFF**

**VERSUS**                                                                  **CAUSE NO. 3:20-CV-165-MPM-RP**

**CONCOURS MOLD ALABAMA, INC.,**
**and MARK ROCKS**                                                                                **DEFENDANTS**

### ORDER

Before the Court is the Plaintiff's motion for extension of time [69] to file a response to the Defendants' Motion for Summary Judgment [67]. Seeing no objection from Defendants, and finding good cause shown, it is hereby ORDERED that Plaintiff's motion for extension of time is **GRANTED.** Plaintiff shall have up to and including September 17, 2021 to file his response to Defendants' Motion for Summary Judgment [67].

SO ORDERED, this the 24th day of August, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**