# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| JOHN G. TURNER, | ) |
|     Plaintiff, | ) |
| v. | ) |
| CONCOURS MOLD ALABAMA, INC. and MARK ROCKS, | ) CIVIL ACTION NO.<br>) 3:20-CV-165-MPM-RP |
|     Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice [Doc. 45] filed in this case, it is hereby ORDERED that the cause be dismissed with prejudice and the case CLOSED.

This the 3rd day of January 2022.

                                                   /s/Michael P. Mills
                                                 UNITED STATES DISTRICT JUDGE
                                                 NORTHERN DISTRICT OF MISSISSIPPI